810

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY STEWARD, Appellant.

Submitted March 21, 2011; decided March 24, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAFIS WRIGHT, Appellant.

Submitted March 21, 2011; decided March 24, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

In the Matter of CARLOS RUEDA, M.D., Chairman, Department of Psychiatry, Montefiore North Medical Center, Respondent, v CHARMAINE D., Appellant.

Submitted March 7, 2011; decided March 24, 2011

Motion by New York State Psychiatric Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of CARLOS RUEDA, M.D., Chairman, Department of Psychiatry, Montefiore North Medical Center, Respondent, v CHARMAINE D., Appellant.

Submitted March 14, 2011; decided March 24, 2011

Motion by New York City Health and Hospitals Corporation